7:07

← **Christopher** is typing...



5:30 PM

## Christopher Alexander
trucker6617

📅 **1614** Days on Kik

5:31 PM

**Hey**

**Hii**

So. I'm gonna send a picture that means nothing and then try to delete it from the conversation. Let me know if it deleted for you.

**Okkk**



**New Messages**

Type a message...

Chat | Live

7:09

**Christopher- Skout**

No. You're 19 but just tell people privately that you are 13....

Okkk

Good

So do me a favor. Please

Wht

Delete this whole conversation. The screenshot it. I will text you again in about a minute and a half. When I text back please show me the screenshot

I'll delete it whn we cn talkin

Tonight b4 bed

Ok..

So tell me. Are you still a virgin? I'm curious cause most teens these days are not

I ammm

Oh cool

Sometimes I wish I still was

11:36

◀ Search

←     Christopher Alexander ›



**Wht time u thnk u cn leave**

Now the actual act of "riding's it means to bounce up and down on it, slide back and forth on it, or roll your hips in a large circle on it. And I can leave at 10 easily

Maybe 945

**Tht wuld b better if my aunt comes home around midnight**

...is there anyway at all that you can get outside the house? I'm not comfortable being in the house with you.

I wanted to do it in the car for a reason actually

**Yaaaa I mean we cn b inside or just lik say hiii n go 2 the car**

Is it a private area? Or a neighborhood?

Type a message...

Chat      Live

11:36

◀ Search

Christopher Alexander >

GET KINETIC INTERNET FREE FOR 3 MONTHS. SIGN UP

> Yaaaa I mean we cn b inside or just lik say hiii n go 2 the car

Is it a private area? Or a neighborhood?

> She live n a trailer

Hmmm. Ok. Is it out of sight from the road?

> Yaaa kinda

> Whn willl u no if u cn leave early

Oh I'll be able to leave early. I've been here all day since 8 this morning

> Ohhh Thts long day bby

Oh yes. So you are going to have to bare with me tonight. I'm gonna be using some cleaning wipes to clean up at least.

Type a message...

Chat        Live

11:36

◀ Search

← **Christopher Alexander** ›

GET KINETIC INTERNET FREE FOR 3 MONTHS. SIGN UP

Getting caught

My aunt ain't homeeeee

N I Wnt tell no cuz I culd get in trouble 2

True.

Gotta figure out where I can park the car and make it seem like I'm having car problems just in case your aunt comes home early

Lik the side of the road by the driveway

Yeah but we don't want people being able to look inside either

No 1 will we cn figure it outtttt ig

How's ur classs

8:04 PM

Sorry. It's freaking hot

Can I ask you for a picture without

Type a message...

Chat    Live